UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACQUELYN SCARBARY, | ) | |
| | ) | **CIVIL ACTION NO.** |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | **1:15-CV-02183-SCJ-AJB** |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| NATURAL RESOURCES, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

COME NOW the parties to the above-styled action, by and through their respective undersigned counsel and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of party-defendants Mark Williams, in his official capacity as the Commissioner of the Georgia Department of Natural Resources and Judson Turner, in his official capacity as the Director of the Environmental Protection Division of the Georgia Department of Natural Resources. The parties further stipulate that the Georgia Department of Natural Resources, as Plaintiff's employer at all times relevant to the Complaint, is the proper Defendant with

respect to her claims under Title VII of the Civil Rights Act of 1974 and O.C.G.A. § 45-1-4.

The parties request that Defendants' Motion to Dismiss [Doc. 7] be denied as moot.

Respectfully submitted on July 28, 2015.

| | |
|---|---|
| */s/ James Radford* | *s/ Annette M. Cowart* |
| James Radford | ANNETTE M. COWART |
| Georgia Bar No. 108007 | Senior Assistant Attorney General |
| RADFORD & KEEBAUGH, LLC | *s/Romy D. Smith* |
| 315 W. Ponce de Leon Ave., Suite 1080 | ROMY D. SMITH |
| Decatur, GA  30030 | Assistant Attorney General |
| Telephone:  678-271-0302 | |
| | Georgia Department of Law |
| E-Mail:  james@decaturlegal.com | 40 Capitol Square, S.W. |
| | Atlanta, Georgia 30334-1300 |
| *ATTORNEY FOR PLAINTIFF* | Telephone: (404) 463-1064 |
| | Facsimile: (404) 657-9932 |
| | acowart@law.ga.gov |
| | rsmith2@law.ga.gov |
| | |
| | *ATTORNEY FOR DEFENDANT* |

## Certificate of Service

I certify that on July 28, 2015 I filed the foregoing document using the Court's CM/ECF system, which will send email notification of such filing to all attorneys of record in this matter.

*/s/ James Radford*
James Radford
Georgia Bar No. 108007
